598

## JARROTT v. STATE.
### No. 16710.

Court of Criminal Appeals of Texas.
April 18, 1934.

Louis T. Holland, of Montague, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for possessing intoxicating liquor for the purpose of sale; punishment being confinement in the penitentiary for one year.

The indictment properly charges the offense. No statement of facts or bills of exception are found in the record. In such condition nothing is presented for review.

The judgment is affirmed.